Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | StoryFile, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | StoryFile, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 37-1887979 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 75 South Broadway<br>Number   Street | _____<br>Number   Street |
| 4th Floor | P.O. Box |
| White Plains      NY    10601<br>City         State    ZIP Code | _____<br>City    State    ZIP Code |
| Westchester County<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code |

5. **Debtor's website** (URL)    https://storyfile.com/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **StoryFile, Inc.**  Case number *(if known)*_____
_____
Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>5415 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                     MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                     MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                     MM / DD / YYYY<br>        Case number, if known _____ |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **2**

Debtor  StoryFile, Inc.
_____  
Name

Case number (*if known*)_____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>    City                              State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49      ☐ 1,000-5,000       ☐ 25,001-50,000<br>☑ 50-99     ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  StoryFile, Inc.
        Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/03/2024
            MM / DD / YYYY

✘ /s/ James Fong                         James Fong
Signature of authorized representative of debtor        Printed name

Title  Interim CEO

**18. Signature of attorney**

✘ /s/ Gabriel Del Virginia                Date  05/03/2024
Signature of attorney for debtor                MM / DD / YYYY

Gabriel Del Virginia
Printed name
Law Office of Gabriel Del Virginia
Firm name
30 Wall Street 12th Floor
Number    Street
New York                                 NY         10005
City                                     State      ZIP Code

212-371-5478                             gabriel.delvirginia@verizon.net
Contact phone                            Email address

GD-4951                                  NY
Bar number                               State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

Debtor _____   Case number *(if known)*_____
       First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| **Business** | **734 N Highland Ave  Los Angeles, CA 90038, Los Angeles County** |

Ahmann Kloke LLP
650 Gilman Street

Palo Alto, CA 94301

Airbase Inc.
548 Market St
PMB 93249.,
San Francisco, CA 94104

Al Tamimi & Company Ltd.
Level 7, Central Park Towers,
P.O. Box
Dubai International Financial Center

Albert Ratner
3401 Tuttle Rd
Ste 350
Beachwood, OH 44122

ARHT Media USA Inc
10250 Constellation Blvd
Suite 100
Los Angeles, CA 90067

Ari Palitz
6363 Rodgerton Drive
Los Angeles, CA 90068

B. Swartz
3248 Revere Avenue
Oakland, CA 94605

Bank of America Credit Card

Beam Dental
266 N 4th Street
2nd Floor
Columbus, OH 43215

Beehive Communications (Dean Thompson)
65 Fort Hill Circle
Staten Island, NY 10301

Blue Spruce Capital

Blythe Global Advisors, LLC
19800 McArthur Blvd
300
Irvine, CA 92612

Boyd Law, APC
2029 Century Park East
Suite 3160
Los Angeles, CA 90067

C. Mahan
6337 Primrose Avenue Apt. 18
Los Angeles, CA 90068

CA Franchise Tax Board
PO BOX 2952
Bankruptcy Section MS A340
Sacramento, CA 95812-2952

Candace Corey
P.O. Box 4443
Dayton, OH 45401

CelebCon Artists LLC
15350 NW Dominion Drive
Portland, OR 97229

Chico State University

City of LA Business Tax
P.O. Box 53200
Los Angeles, CA 90053

Cloudfactory International Limited Uk
The White Building
33 Kings Road
Reading Berkshire RG1 3AR, MN

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087

Cole Kawana
20418 Roca Chica Dr.
Malibu, CA 90265

Craters & Freighters Global Logistics Inc.
331 Corporate Cir
Ste J
Golden, CO 80401

Dan Franke
Burgfelder Str. 11
Stuttgart 70567,  Germany

Daniel T. Lennon & Daniel T. Lennon Trust
19480 Greenbriar Drive
Tarzana, CA 91356

Deepgram Inc.
548 Market St
Suite 25104
San Francisco, CA 94104-5401

Denise Campbell
2432 Alameda Ave
Sarasota FL 34234
Sarasota, FL 34234

Edward Wesley Jones
44 Rose Avenue
Apt 1
Venice, CA 90291

Foundation Law
445. S Figueroa Street
Suite 3100
Los Angeles, CA 90071

Francis Rockwell
176 Duane Street
Apt 2
Redwood City, CA 94062

Glenn Harless
718 Owens Street
Rockville, MD 20850

Glimm Screens BV
Felland Noord 10
Haren Gn 9753TB,  Netherlands

Grace Ghali
23635 Algiers St
Mission Viejo, CA 92691

Heather Smith
820 N Calle Quetzal
Los Angeles, CA 92262

Holoconnects
Randweg 1
Culemborg 4104 AC,  Netherlands

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James Fong
19112 Northeast 146th Way
Woodinville, WA 98072

James M. Smith
Cocking Hill House
Tuxford Road
Newark Nottinghamshire NG22 0PA,  United

JBoxers LLC
28 Popova Shapka Str.
Sofia,  Bulgaria

Jesse Kirberger
16100 Sunset Boulevard
204
Los Angeles, CA 90272

Jordan Means
2813 Dandor Rd,
Louisville, KY 40220

Justin Denton
329 South Crescent Avenue
Park Ridge, IL 60068

Karen Jungblut
15 Diesterwegstra§e
Frankfurt am Main HE 60594,  Germany

Key 7 Investment Company
2183 Parkway Lake Drive
Hoover, AL 35244

LA County Tax Collector
225 North Hill St.
Room 122
Los Angeles, CA 90012

LA Teleprompter
801 Vandal Way
Palmdale, CA 93551

Laiylaly Mandujano
3312 Isabella Lane
Stockton, CA 95206

Liberty Plumbing & Heating Inc.
821 N. Formosa Ave.
304
Los Angeles, CA 90046

Mad Minds Entertainment Inc.
3575 Cahuenga Blvd. W. Ste 595
Los Angeles, CA 90068

Magnopus LLC
523 W Sixth Street
Suite 330
Los Angeles, CA 90014

Marci Maniker
3261 Edith Street
Los Angeles, CA 90064

Michelle Wakeland
1155 Australia St
El Cajon, CA 92020

Mickey Shapiro
31550 Northwestern Highway
Suite 200
Farmington, MI 48334

MS Storyfile LLC
31550 Northwestern Hwy
Suite 220
Farmington
MI 48334

New York City Dept Finance
345 Adams Street, 3rd Fl.
Legal Affairs
Brooklyn, NY 11201

NYS Dept of Tax & Finance
Albany, NY 12227

O'Hagen Meyer, LLC - Wilmington
1523 Concord Pike
Suite 200
Wilmington, DE 19803

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Olio Creative Inc.
1207 Obispo Ave
Unit 303
Long Beach, CA 90804

P. Howard Edelstein
250 East 54th St
Suite 36B
New York, NY 10022

PandaDoc
Dept. LA 24920,
Pasadena, CA 91185-4920

Perkins Coie LLP
P.O. Box 24643
Seattle, WA 98124

Pinball Jukebox LLC
3961 Via Marisol
APT 320
Los Angeles, CA 90042

PitchBook Data, Inc.
901 Fifth Avenue
Suite 1200
Seattle, WA 98164

Prospera Law LLP
1901 Avenue of the Stars
Suite 480
Los Angeles, CA 90067

Red Sled Santa LLC
18639 Parthenia Street
Los Angeles, CA 91324

RELX Inc. dba LexisNexis
4 New York Plaza
New York, NY 10004

Riccardo Ruffolo
3540 S. Centinela Ave
Apt 10
Los Angeles, CA 90066

RJI International CPAs
18012 Sky Park Circle
Suite 200
Irvine, CA 92614

Ronen Shaham
589 Valley View Drive
Oakdale, Ca 95361

Russ, August & Kabat, PC
12424 Wilshire Blvd
Los Angeles, CA 90025

Samuel Gustman
16933 Avenida de Santa Ynez
Pacific Palisades
CA 90272

Schenk Communications Group
53 W. Loma Alta Drive
Altadena, CA 91001

Scouts Agency, LLC
5219 Marlborough Dr.
San Diego, CA 92116

Scrut Automation Inc.
691 S Milpitas Blvd
Milpitas, CA 95035

Sensiba San Filippo, LLP
5960 Inglewood Dr.
Suite 201
Pleasanton, CA 94588

Soar
226 Haddonfield Road
Cherry Hill, NJ 08002

Speech Morphing Inc.
4439 Esta Lane
Suite 2016
Soquel, CA 95073

Stephen Smith
820 N Calle Quetzal
Palm Springs, CA 92262

Stonemark, Inc.
8501 Wade Blvd
Suite 620
Frisco, TX 75034

Sunset Edit, Inc.
849 Seward St
Los Angeles, CA 90038

The Hartford
One Hartford Plaza
Hartford, CT 6155

Theodore Taylor
7461 Beverly Blvd
Los Angeles, CA 90036

Thomson Hine LLP
3900 Key Tower
127 Public Square
Cleveland, OH 44114-1291

Thought Gang Media
8405 Melvin Avenue
Northridge, CA 91324

Timberwolf Advisors LLC
9641 Garfield Ave S
20503
Minneapolis, MN 55420

Timothy J. Segers
1901 Sixth Avenue North
Birmingham, AL 35203

U. S. TRUSTEES' OFFICE-S.D.N.Y.
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 1000-1408

U.S. Small Business Administration
26 Federal Plaza, Room 3100
District Counsel, NY District Office
New York, NY 10278

US Securities & Exchange Commission
444 South Flower St, Suite 900
Attn: Bankruptcy Counsel
Los Angeles, CA 90071


Valis Entertainment, LLC
2137 N. Beverly Glen Blvd
Los Angeles, CA 90077


Valorie Jones
13021 Central Ave
Hawthorne, CA 90250


Vanta, Inc.
369 Hayes Street
San Francisco, CA 94102


Vessy Inc
2204 Pullman Ln
Unit D
Redondo Beach, CA 90278


WithumSmith+Brown, PC
P.O. Box 5340
Accounts Receivable
Princeton, NJ 08540


Word Transit Authority DBA Vivi-Q Teleprompti
1913 West Magnolia Boulevard
Burbank, CA 91506


Zendesk, Inc.
989 Market St.
San Francisco, CA 94103

United States Bankruptcy Court
Southern District of New York

In re: StoryFile, Inc.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/03/2024

/s/ James Fong
Signature of Individual signing on behalf of debtor

Interim CEO
Position or relationship to debtor