**Fill in this information to identify the case and this filing:**

Debtor Name _StoryFile, Inc._____

United States Bankruptcy Court for the: _Southern District of New York____

Case number (*If known*): _____24-22398_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/17/2024_
MM / DD / YYYY

✗ _James G. Fong_____
Signature of individual signing on behalf of debtor

James G. Fong_____
Printed name

Interim CEO_____
Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                                    Case No. _24-22398_____

StoryFile, Inc.
_____ Chapter ___11_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Heather Lynn Smith<br>820 N Calle Quetzal, Palm Springs, CA 92262 | 14.062 | Common stockholder |
| Cecilia Chan<br>14 Wall Street Suite 8B, New York, NY 10005 | 14.062 | Common stockholder |
| Stephen David Smith<br>820 N Calle Quetzal, Palm Springs, CA 92262 | 14.062 | Common stockholder |
| James Fong<br>734 N Highland Ave, Los Angeles, CA 90038 | .645 | Other (Interim CEO & Common Shareholder) |
| George Hornig<br>734 N Highland Ave, Los Angeles, 900038 | .13 | |
| Samuel Gustman<br>16933 Avenida de Santa Ynez, Pacific Palisades, CA 90272 | 14.062 | Common stockholder |

**United States Bankruptcy Court**

**IN RE:**                                                    Case No. 24-22398 _____

StoryFile, Inc.
_____ Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| MS Storyfile LLC<br>31550 Northwestern Hwy Suite 220, Farmington, MI 48334 | 5.319 | Common stockholder |

---

**Fill in this information to identify the case:**

Debtor name ___StoryFile, Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___

(State)

Case number (If known): ___24-22398_____

---

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................

   $ ____189,186.80

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................

   $ ____189,186.80

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..............................

   $ ___1,515,128.08

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................

   $ _____6,716.24

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .........................

   +$ ___4,953,831.72

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b

   $ ___6,475,676.04

---

**Fill in this information to identify the case:**

Debtor name   StoryFile, Inc.

United States Bankruptcy Court for the:   Southern District of New York

Case number (If known):   24-22398

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America Savings Acct x0332 | Savings | 0   3   3   2 | $ 25,110.48 |
| 3.2. | Bank of America Operating Acct x9656 | Checking | 9   6   5   6 | $ 2,501.16 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Paypal Account | $ Unknown |
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  — $ 27,611.64

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Insurance - The Hartford | $ 746.52 |
| 7.2. | See continuation sheet | $ 19,986.75 |

Debtor  StoryFile, Inc.
        Name

Case number (*if known*) 24-22398

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 20,733.27

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    111,795.00 — 0.00 = ....➔    $ 111,795.00
     face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    571,741.00 — 549,704.00 = ....➔    $ 22,037.00
     face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 133,832.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor _____
    StoryFile, Inc.
    Name

Case number *(if known)* ___24-22398___

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** ___ | ___ MM / DD / YYYY | $___ | ___ | $___ |
| 20. **Work in progress** ___ | ___ MM / DD / YYYY | $___ | ___ | $___ |
| 21. **Finished goods, including goods held for resale** ___ | ___ MM / DD / YYYY | $___ | ___ | $___ |
| 22. **Other inventory or supplies** ___ | ___ MM / DD / YYYY | $___ | ___ | $___ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$___

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value ___  Valuation method___  Current value___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** ___ | $___ | ___ | $___ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish ___ | $___ | ___ | $___ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) ___ | $___ | ___ | $___ |
| 31. **Farm and fishing supplies, chemicals, and feed** ___ | $___ | ___ | $___ |
| 32. **Other farming and fishing-related property not already listed in Part 6** ___ | $___ | ___ | $___ |

Debtor    StoryFile, Inc.
     Name

Case number *(if known)* 24-22398

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Furniture, Fixtures & Computer Equipment | $ 165,220.14 | _____ | $ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  StoryFile, Inc.
_____
Name

Case number (*if known*)  24-22398
_____

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | StoryFile, Inc. | Case number (*if known*) | 24-22398 |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   734-736 N. Highland  Ave,  Los Angeles, CA | Leasehold | | | 0.00<br>$_____ |
| 55.2   75 South Broadway, 4th Floor, White Plains, NY 10601 | Leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00 |
|---|
| $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See continuation sheet | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>See continuation sheet | 497,707.19<br>$_____ | _____ | Unknown<br>$_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| 0.00 |
|---|
| $_____ |

Debtor  StoryFile, Inc.
        Name                                                    Case number (if known) 24-22398

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  0.00 ─ 0.00 = ➜ $ 0.00
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

R&D Tax Credit                                    Tax year  multiple    $ 7,009.89

_____                           Tax year _____   $_____

_____                           Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                                                $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

StoryFile, Inc. v. Maven Arena, Inc. d/b/a Versus                      $ Unknown

**Nature of claim**        Breach of Contract- filed 12/8/2023

**Amount requested**   $ 500,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                                $_____

**Nature of claim**       _____

**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____                                                $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                                                $_____

_____                                                $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $ 7,009.89

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    StoryFile, Inc.
_____
          Name

Case number *(if known)* __24-22398__

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 27,611.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 20,733.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 133,832.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 7,009.89 | |
| 91. **Total.** Add lines 80 through 90 for each column. .........................91a. | $ 189,186.80 | 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | 189,186.80 | $ 189,186.80 |

Debtor 1    StoryFile, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*   24-22398

## Continuation Sheet for Official Form 206 A/B

**7) Deposits, including security deposits and utility deposits**

| General description | Current value |
| --- | --- |
| Prepaid Insurance – Stonemark, Inc | $3,847.77 |
| Annual Subscription – ZenDesk | $441.00 |
| Retainer – The Law Offices of Gabriel Del Virginia | $14,083.00 |
| Boyd Law – Retainer | $1,614.98 |

**60) Patents, copyrights, trademarks, and trade secrets**

| General description | Net book value | Valuation method | Current value |
| --- | --- | --- | --- |
| Trademark – Ask Santa! (Design) | | | Unknown |
| Patent – 2017-01-07 US15/401,024 | | | Unknown |
| Trademark – StoryFlirt | | | Unknown |
| Patent – 2017-01-08 US15/401,039 | | | Unknown |
| Patent – 2024-02-28 – PCT/US24/17759 | | | Unknown |
| Trademark – StoryFile | | | Unknown |
| Patent – 2020-01-17 – US16/746,629 | | | Unknown |
| Patent – 2020-02-05 – US15/016,280 | | | Unknown |
| Patent – 2020-06-16 US16/168,702 | | | Unknown |
| Patent – 2023-03-28 – US18/175,945 | | | Unknown |
| Trademark – Conversa | | | Unknown |
| Copyright – | | | Unknown |

Debtor 1    StoryFile, Inc.
_____
First Name        Middle Name        Last Name

Case number (*if known*)_____

## Continuation Sheet for Official Form 206 A/B

**StoryFile Gateway**

| | |
|---|---|
| **Patent –**<br>**2024-03-01 –**<br>**US63/560,485** | **Unknown** |
| **Copyright –**<br>**Conversa** | **Unknown** |
| **Copyright – Life** | **Unknown** |

**64) Other intangibles, or intellectual property**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| **Right of Use Asset** | **108,441.79** | | **Unknown** |
| **Goodwill &**<br>**Intangibles –**<br>**Includes**<br>**individual patents**<br>**detailed in this**<br>**section** | **389,265.40** | | **Unknown** |

**Fill in this information to identify the case:**

Debtor name ___StoryFile, Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): ___24-22398_____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
Blythe Global Advisors, LLC

Describe debtor's property that is subject to a lien
Blanket UCC

$ 138,928.08    $ 0.00

Creditor's mailing address
19800 McArthur Blvd
300, Irvine, CA 92612

Describe the lien
Services

Creditor's email address, if known
gloria.schoeppe@blytheteam.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    12-07-23
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2**

Creditor's name
Key 7 Investment Company

Describe debtor's property that is subject to a lien
Furniture, Fixtures & Computer Equipment, Goodwill & Intangibles - Includes individual patents detailed in this section, Right of Use Asset, Paypal Account, Accounts Receivable

$1,250,000.00    $161,443.64

Creditor's mailing address
2183 Parkway Lake Drive
Hoover, AL 35244

Creditor's email address, if known

Describe the lien
Agreement you made, Convertible Promisso

Date debt was incurred    4-21-22
Last 4 digits of account number

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $ 1,515,128.08

Debtor    StoryFile, Inc. _____ Case number *(if known)* 24-22398
      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**   **Creditor's name**
U.S. Small Business Administration
_____

**Creditor's mailing address**

26 Federal Plaza, Room 3100
District Counsel, NY District Office, New Yc

**Creditor's email address, if known**
_____

**Date debt was incurred**   7-11-20
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket UCC

**Describe the lien**
Agreement you made, UCC CA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$126,200.00     $0.00

---

**2.___**   **Creditor's name**
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

---

| Debtor | StoryFile, Inc. | Case number (if known) | 24-22398 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Timothy J. Segers<br>1901 Sixth Avenue North<br>Birmingham, AL, 35203 | Line 2. _2_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ StoryFile, Inc. _____

United States Bankruptcy Court for the: _____ Southern District of New York _____

Case number _____ 24-22398 _____
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
CA Franchise Tax Board
PO BOX 2952
Bankruptcy Section MS A340
Sacramento, CA, 95812-2952

As of the petition filing date, the claim is: $ 1,106.31    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
City of LA Business Tax
P.O. Box 53200

Los Angeles, CA, 90053

As of the petition filing date, the claim is: $ 1,822.94    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____ 01-3 _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ 0.00    $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

| Debtor | StoryFile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 24-22398 |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.⁴** **Priority creditor's name and mailing address**

LA County Tax Collector
225 North Hill St.
Room 122
Los Angeles, CA, 90012

$ 3,786.99                    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁵** **Priority creditor's name and mailing address**

US Securities & Exchange Commission
444 South Flower St, Suite 900
Attn: Bankruptcy Counsel
Los Angeles, CA, 90071

$ 0.00                    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** **Priority creditor's name and mailing address**

$ _____                    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** **Priority creditor's name and mailing address**

$ _____                    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | StoryFile, Inc. | Case number (if known) | 24-22398 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Ahmann Kloke LLP
650 Gilman Street

Palo Alto, CA, 94301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 15,590.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Airbase Inc.
548 Market St
PMB 93249.,
San Francisco, CA, 94104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,460.80

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Al Tamimi & Company Ltd.
Level 7, Central Park Towers,
P.O. Box 9275
Dubai International Financial Center
WV, Dubai

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,632.50

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Albert Ratner
3401 Tuttle Rd
Ste 350
Beachwood, OH, 44122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 100,000.00

**Date or dates debt was incurred** 04/27/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
ARHT Media USA Inc
10250 Constellation Blvd
Suite 100
Los Angeles, CA, 90067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,712.84

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Ari Palitz
6363 Rodgerton Drive

Los Angeles, CA, 90068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,831.79

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | StoryFile, Inc. | Case number *(if known)* 24-22398 |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

### 3.7 Nonpriority creditor's name and mailing address

B. Swartz
3248 Revere Avenue
Oakland, CA, 94605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 638.75

### 3.8 Nonpriority creditor's name and mailing address

Bank of America Credit Card

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

### 3.9 Nonpriority creditor's name and mailing address

Beam Dental
266 N 4th Street
2nd Floor
Columbus, OH, 43215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Employee Benefit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,134.66

### 3.10 Nonpriority creditor's name and mailing address

Beehive Communications (Dean Thompson)
65 Fort Hill Circle

Staten Island, NY, 10301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 75,539.81

### 3.11 Nonpriority creditor's name and mailing address

Blue Spruce Capital
105 Edgeview Drive
Suite 390
Broomfield, CO, 80021

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Refund Request

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 87,500.00

Debtor    StoryFile, Inc.                                                    Case number (if known)    24-22398
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** **Nonpriority creditor's name and mailing address**

Boyd Law, APC
2029 Century Park East
Suite 3160
Los Angeles, CA, 90067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5,369.76

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

C. Mahan
6337 Primrose Avenue Apt. 18
Los Angeles, CA, 90068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,655.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

Candace Corey
P.O. Box 4443

Dayton, OH, 45401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 670.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

CelebCon Artists LLC
15350 NW Dominion Drive

Portland, OR, 97229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,942.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

Chico State University
400 W. First Street

Chico, CA, 95929

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Refund Request

$ 62,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | StoryFile, Inc. | Case number (if known) 24-22398 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Cloudfactory International Limited Uk
The White Building
33 Kings Road
Reading Berkshire RG1 3AR, MN

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,345.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.18  Nonpriority creditor's name and mailing address**

Cogent Communications, Inc.
PO Box 791087

Baltimore, MD, 21279-1087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,508.39

Date or dates debt was incurred  _____

Last 4 digits of account number  __0001__

---

**3.19  Nonpriority creditor's name and mailing address**

Cole Kawana
20418 Roca Chica Dr.

Malibu, CA, 90265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,157.37

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.20  Nonpriority creditor's name and mailing address**

Craters & Freighters Global Logistics Inc.
331 Corporate Cir
Ste J
Golden, CO, 80401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,083.35

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.21  Nonpriority creditor's name and mailing address**

Dan Franke
Burgfelder Str. 11

Stuttgart 70567, Germany

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,500.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor _____StoryFile, Inc._____    Case number (if known) __24-22398__
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3. 22** Nonpriority creditor's name and mailing address

Deepgram Inc.
548 Market St
Suite 25104
San Francisco, CA, 94104-5401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,666.68

---

**3. 23** Nonpriority creditor's name and mailing address

Denise Campbell
2432 Alameda Ave
Sarasota FL 34234

Sarasota, FL, 34234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,050.00

---

**3. 24** Nonpriority creditor's name and mailing address

Edward Wesley Jones
44 Rose Avenue
Apt 1
Venice, CA, 90291

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,966.10

---

**3. 25** Nonpriority creditor's name and mailing address

Foundation Law
445. S Figueroa Street
Suite 3100
Los Angeles, CA, 90071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,386.00

---

**3. 26** Nonpriority creditor's name and mailing address

Francis Rockwell
176 Duane Street
Apt 2
Redwood City, CA, 94062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,071.81

Debtor ___StoryFile, Inc._____    Case number (if known) __24-22398__
            Name

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 27** **Nonpriority creditor's name and mailing address**

Glenn Harless
718 Owens Street

Rockville, MD, 20850

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,190.29

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 28** **Nonpriority creditor's name and mailing address**

Glimm Screens BV
Felland Noord 10

Haren Gn 9753TB, Netherlands

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,176.87

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 29** **Nonpriority creditor's name and mailing address**

Grace Ghali
23635 Algiers St

Mission Viejo, CA, 92691

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 500.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 30** **Nonpriority creditor's name and mailing address**

Heather Smith
820 N Calle Quetzal

Los Angeles, CA, 92262

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 2,366.74

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 31** **Nonpriority creditor's name and mailing address**

Holoconnects
Randweg 1

Culemborg 4104 AC, Netherlands

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 29,471.90

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    StoryFile, Inc.
          Name                                              Case number *(if known)*  24-22398

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**32  **Nonpriority creditor's name and mailing address**

James Fong
19112 Northeast 146th Way

Woodinville, WA, 98072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,661.55

**Basis for the claim:** Expense Reimbursement

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**33  **Nonpriority creditor's name and mailing address**

James M. Smith
Cocking Hill House
Tuxford Road
Newark Nottinghamshire NG22 0PA, United
Kingdom

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**34  **Nonpriority creditor's name and mailing address**

JBoxers LLC
28 Popova Shapka Str.

Sofia, Bulgaria

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 602,770.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**35  **Nonpriority creditor's name and mailing address**

Jesse Kirberger
16100 Sunset Boulevard
204
Los Angeles, CA, 90272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 800.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**36  **Nonpriority creditor's name and mailing address**

Jordan Means
2813 Dandor Rd,

Louisville, KY, 40220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,922.92

**Basis for the claim:** Expense Reimbursment

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  StoryFile, Inc.
_____
Name

Case number *(if known)* 24-22398

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37  **Nonpriority creditor's name and mailing address**

Justin Denton
329 South Crescent Avenue

Park Ridge, IL, 60068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 38,140.00

---

**3.** 38  **Nonpriority creditor's name and mailing address**

Karen Jungblut
15 Diesterwegstraße

Frankfurt am Main HE 60594, Germany

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,158.28

---

**3.** 39  **Nonpriority creditor's name and mailing address**

LA Teleprompter
801 Vandal Way

Palmdale, CA, 93551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 911.37

---

**3.** 40  **Nonpriority creditor's name and mailing address**

Laiylaly Mandujano
3312 Isabella Lane
Stockton, CA, 95206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 734.07

---

**3.** 41  **Nonpriority creditor's name and mailing address**

Liberty Plumbing & Heating Inc.
821 N. Formosa Ave.
304
Los Angeles, CA, 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 120.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42  Nonpriority creditor's name and mailing address**

Mad Minds Entertainment Inc.
3575 Cahuenga Blvd. W. Ste 595
Los Angeles, CA, 90068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,402.52

---

**3.43  Nonpriority creditor's name and mailing address**

Magnopus LLC
523 W Sixth Street
Suite 330
Los Angeles, CA, 90014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,000.00

---

**3.44  Nonpriority creditor's name and mailing address**

Marci Maniker
3261 Edith Street

Los Angeles, CA, 90064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,794.50

---

**3.45  Nonpriority creditor's name and mailing address**

Michelle Wakeland
1155 Australia St

El Cajon, CA, 92020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,691.05

---

**3.46  Nonpriority creditor's name and mailing address**

Mickey Shapiro
31550 Northwestern Highway
Suite 200
Farmington, MI, 48334

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,114,604.16

---

Debtor    StoryFile, Inc.
          Name                                                    Case number (if known)    24-22398

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47**    Nonpriority creditor's name and mailing address

O'Hagen Meyer, LLC - Wilmington
1523 Concord Pike
Suite 200
Wilmington, DE, 19803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,458.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.48**    Nonpriority creditor's name and mailing address

Olio Creative Inc.
1207 Obispo Ave
Unit 303
Long Beach, CA, 90804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.49**    Nonpriority creditor's name and mailing address

P. Howard Edelstein
250 East 54th St
Suite 36B
New York, NY, 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87,500.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.50**    Nonpriority creditor's name and mailing address

PandaDoc
Dept. LA 24920,

Pasadena, CA, 91185-4920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,943.10

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.51**    Nonpriority creditor's name and mailing address

Perkins Coie LLP
P.O. Box 24643

Seattle, WA, 98124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,119,743.24

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | StoryFile, Inc. | Case number (if known) 24-22398 |
|---|---|---|
| | Name | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.52** **Nonpriority creditor's name and mailing address**

Pinball Jukebox LLC
3961 Via Marisol
APT  320
Los Angeles, CA, 90042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,666.67

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.53** **Nonpriority creditor's name and mailing address**

PitchBook Data, Inc.
901 Fifth Avenue
Suite 1200
Seattle, WA, 98164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,875.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.54** **Nonpriority creditor's name and mailing address**

Prospera Law LLP
1901 Avenue of the Stars
Suite 480
Los Angeles, CA, 90067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 25,407.58

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.55** **Nonpriority creditor's name and mailing address**

Red Sled Santa LLC
18639 Parthenia Street

Los Angeles, CA, 91324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25,000.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.56** **Nonpriority creditor's name and mailing address**

RELX Inc. dba LexisNexis
4 New York Plaza

New York, NY, 10004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 130.21

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 4KZL

---

| Debtor | StoryFile, Inc. | Case number *(if known)* | 24-22398 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57**  **Nonpriority creditor's name and mailing address**

Riccardo Ruffolo
3540 S. Centinela Ave
Apt 10
Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.58**  **Nonpriority creditor's name and mailing address**

RJI International CPAs
18012 Sky Park Circle
Suite 200
Irvine, CA, 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.59**  **Nonpriority creditor's name and mailing address**

Ronen Shaham
589 Valley View Drive

Oakdale, Ca, 95361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,399.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.60**  **Nonpriority creditor's name and mailing address**

Russ, August & Kabat, PC
12424 Wilshire Blvd
#1200
Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,516.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.61**  **Nonpriority creditor's name and mailing address**

Schenk Communications Group
53 W. Loma Alta Drive

Altadena, CA, 91001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | StoryFile, Inc. | Case number *(if known)* | 24-22398 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Scouts Agency, LLC
5219 Marlborough Dr.

San Diego, CA, 92116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,500.00

---

**3.63** Nonpriority creditor's name and mailing address

Scrut Automation Inc.
691 S Milpitas Blvd

Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,875.00

---

**3.64** Nonpriority creditor's name and mailing address

Sensiba San Filippo, LLP
5960 Inglewood Dr.
Suite 201
Pleasanton, CA, 94588

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,125.00

---

**3.65** Nonpriority creditor's name and mailing address

Soar
226 Haddonfield Road

Cherry Hill, NJ, 08002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19,326.00

---

**3.66** Nonpriority creditor's name and mailing address

Speech Morphing Inc.
4439 Esta Lane
Suite 2016
Soquel, CA, 95073

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37,990.00

---

| Debtor | StoryFile, Inc. | Case number *(if known)* | 24-22398 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67** **Nonpriority creditor's name and mailing address**

Stephen Smith
820 N Calle Quetzal

Palm Springs, CA, 92262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,443.27

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.68** **Nonpriority creditor's name and mailing address**

Stonemark, Inc.
8501 Wade Blvd
Suite 620
Frisco, TX, 75034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,393.90

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.69** **Nonpriority creditor's name and mailing address**

Sunset Edit, Inc.
849 Seward St

Los Angeles, CA, 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,850.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.70** **Nonpriority creditor's name and mailing address**

The Hartford
One Hartford Plaza

Hartford, CT, 6155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 751.52

**Basis for the claim:** Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.71** **Nonpriority creditor's name and mailing address**

Theodore Taylor
7461 Beverly Blvd
#301
Los Angeles, CA, 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,345.72

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor   StoryFile, Inc.
_____
         Name

Case number (*if known*)   24-22398

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   **Nonpriority creditor's name and mailing address**

Thomson Hine LLP
3900 Key Tower
127 Public Square
Cleveland, OH, 44114-1291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,000.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.73**   **Nonpriority creditor's name and mailing address**

Thought Gang Media
8405 Melvin Avenue

Northridge, CA, 91324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,500.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.74**   **Nonpriority creditor's name and mailing address**

Timberwolf Advisors LLC
9641 Garfield Ave S
20503
Minneapolis, MN, 55420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,375.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   .com_____

---

**3.75**   **Nonpriority creditor's name and mailing address**

Valis Entertainment, LLC
2137 N. Beverly Glen Blvd

Los Angeles, CA, 90077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.76**   **Nonpriority creditor's name and mailing address**

Valorie Jones
13021 Central Ave
#203
Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,660.37

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor ___StoryFile, Inc._____    Case number *(if known)* __24-22398__
　　　　　Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.77** | **Nonpriority creditor's name and mailing address**

Vanta, Inc.
369 Hayes Street

San Francisco, CA, 94102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,000.00

---

**3.78** | **Nonpriority creditor's name and mailing address**

Vessy Inc
2204 Pullman Ln
Unit D
Redondo Beach, CA, 90278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,500.00

---

**3.79** | **Nonpriority creditor's name and mailing address**

WithumSmith+Brown, PC
P.O. Box 5340
Accounts Receivable
Princeton, NJ, 08540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,936.22

---

**3.80** | **Nonpriority creditor's name and mailing address**

Word Transit Authority DBA Vivi-Q Teleprompting
1913 West Magnolia Boulevard

Burbank, CA, 91506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.81** | **Nonpriority creditor's name and mailing address**

Zendesk, Inc.
989 Market St.

San Francisco, CA, 94103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___5237___

$ 441.00

---

| Debtor | StoryFile, Inc. | Case number *(if known)* 24-22398 |
| | Name | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Jana Moser<br>520 Braodway Suite 200<br>Moser Legal PC<br>Santa Monica, CA, 90401 | Line 3.26<br>☐ Not listed. Explain: _____ | _____ |
| 4.2. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.3. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line _____<br>☐ Not listed. Explain | _____ |

Debtor  StoryFile, Inc.
        Name                                                          Case number (if known)  24-22398

| | | |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 6,716.24 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,953,831.72 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 4,960,547.96 |

| Fill in this information to identify the case: |
|---|

Debtor name __StoryFile, Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): __24-22398__    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Building Lease - 75 South Broadway, 4th Floor White Plains, New York | Commercial Building Lease |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Building Lease of 734-736 N. Highland Ave, LA, CA Lessee | Daniel T. Lennon & Daniel T. Lennon Trust 19480 Greenbriar Drive Tarzana, CA, 91356 |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name StoryFile, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 24-22398

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   StoryFile, Inc.

United States Bankruptcy Court for the:   Southern District of New York

Case number (If known):   24-22398

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,127,929.00 |
| **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,305,984.00 |
| **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,157,002.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

Debtor    StoryFile, Inc.
_____        Case number (if known) 24-22398
         Name                                            _____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Amazon Web Services<br>_____<br>Creditor's name | 03/12/24<br>02/12/24 | $ 23,742.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Carta<br>_____<br>Creditor's name | | $ 12,305.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |

| Debtor | StoryFile, Inc. | Case number (if known) | 24-22398 |
|---|---|---|---|
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ Creditor's name | | _____ | $_____ |
| | | Last 4 digits of account number: XXXX– _____ | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Key 7 Investment Company, Inc. v. StoryFile Inc. | Loan Default | US District Court N.D. Alabama | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 2:24-cv-00236-AMM | | 1729 5th Avenue North Birmingham, AL 35203 | |
| 7.2. | Temra Wald Consulting, Inc v. StoryFile, Inc | | Superior Court of California | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** 23STCV24141 | | 111 N Hill Street Los Angeles, CA 90012 | |

---

Debtor   StoryFile, Inc.
_____   Case number (*if known*)  24-22398
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

## Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

| Debtor | StoryFile, Inc. | Case number *(if known)* | 24-22398 |
|---|---|---|---|
| | Name | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Vernon Consulting, Inc. | | 04/2024 | $ 7,500.00 |
| | **Address**<br>PO Box 362<br>New York, NY 10108 | | | |
| | **Email or website address**<br>www.vernonconsulting.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Law Offices Gabriel Del Virginia | | 04/2024 | $ 25,000.00 |
| | **Address**<br>30 Wall Street<br>12 Floor<br>New York, NY 10005 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | StoryFile, Inc. | Case number *(if known)* | 24-22398 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $ _____ |
| | _____ | | | |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:     Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor  StoryFile, Inc.
_____
        Name

Case number (*if known*) 24-22398
_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankrupcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Follows protocols under SOC 2 Type 2 and GDPR
_____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401(k) | EIN: _____ |

Has the plan been terminated?

☑ No

☐ Yes

Debtor ___StoryFile, Inc._____  Case number (*if known*)__24-22398____
        Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| **Address** | | | |

Debtor    StoryFile, Inc.
_____    Case number (if known) 24-22398
          Name                                              _____

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

Debtor    StoryFile, Inc.
_____
Name

Case number *(if known)*  24-22398
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |

---

| Debtor | StoryFile, Inc. | Case number *(if known)* | 24-22398 |
|--------|-----------------|--------------------------|----------|
|        | Name            |                          |          |

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|------------------|------------------|
| 26a.1. _____ <br> Name | From _____ <br><br> To _____ |
| 26a.2. _____ <br> Name | From _____ <br><br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26b.1. RJI International CPAs <br> Name <br> 18012 Sky Park Circle, Suite 200, Irvine, CA 92614 | From _____ <br><br> To _____ |
| 26b.2. Rippling <br> Name | From _____ <br><br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1. Aubrey Zuelke <br> Name <br> 734 N. Highland Ave., Los Angeles, CA 90038 | |

---

Debtor     StoryFile, Inc.                         Case number *(if known)* 24-22398

Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ Name |

| Name and address |
|---|
| 26d.2. _____ Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ Name |

Debtor  StoryFile, Inc.
        _____          Case number (if known) 24-22398
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
      Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Heather Lynn Smith | 820 N Calle Quetzal, Palm Springs, CA 92262 | Controlling Shareholder | 14.062 |
| Cecilia Chan | 14 Wall Street Suite 8B, New York, NY 10005 | Controlling Shareholder | 14.062 |
| Stephen David Smith | 820 N Calle Quetzal, Palm Springs, CA 92262 | Controlling Shareholder | 14.062 |
| James Fong | 734 N Highland Ave, Los Angeles, CA 90038 | Interim CEO | .645 |
| George Hornig | 734 N Highland Ave, Los Angeles,  900038 | Chairman of the Board of Directors | .13 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Samuel Gustman | 16933 Avenida de Santa Ynez, Pacific Palisades, CA 90272 | Former Board of Directors | _____ To _____ |
| Stephen David Smith | 820 N Calle Quetzal, Palm Springs, CA, 92262 | Former Board of Directors | _____ To _____ |
| Heather Lynn Smith | 820 N Calle Quetzal, Palm Springs, CA, 92262 | Incorporator | _____ To _____ |
| P. Howard Edelstein | | Former Board of Directors | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. James Fong | 4,860.23 | 04/26/2024 | Expense Reimbursement |
| Name | | | |
| 19112 Northeast 146th Way Woodinville, WA 98072 | | | |
| | _____ | | |
| | _____ | | |
| **Relationship to debtor** | | | |
| Interim CEO | _____ | | |

| Debtor | StoryFile, Inc. | Case number *(if known)* | 24-22398 |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | 83,000.00 | | Salary |
|---|---|---|---|---|
| 30.2 | Heather Lynn Smith | | _____ | |
| | Name | | _____ | |
| | 820 N Calle Quetzal | | | |
| | Palm Springs, CA 92262 | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Former Officer | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 401(k) | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/17/2024
           MM / DD / YYYY

✗ *James G. Fong*
Signature of individual signing on behalf of the debtor

Printed name   James Fong

Position or relationship to debtor   Interim CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

| Debtor Name | StoryFile, Inc. | Case number (if known) | 24-22398 |
|---|---|---|---|

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| J. Yamin, | $10,387.50 | |
| Beehive Communications (Dean Thompson), 65 Fort Hill Circle, Staten Island, NY 10301 | $10,000.00 | Suppliers or vendors |
| JBoxers LLC, 28 Popova Shapka Str., Sofia, Bulgaria | $92,470.00 | Suppliers or vendors |
| Stonemark, Inc., 8501 Wade Blvd Suite 620, Frisco, TX 75034 | $13,893.64 | Suppliers or vendors |
| Boyd Law, APC, 2029 Century Park East Suite 3160, Los Angeles, CA 90067 | $8,869.05 | Services |
| Kaiser Permanante, | $13,787.14 | Other |
| J. Brown, | $10,000.00 | Services |
| Thought Gang Media, 8405 Melvin Avenue, Northridge, CA 91324 | $15,900.00 | Suppliers or vendors |
| Microsoft Corporation, | $27,471.19 | Suppliers or vendors |
| Glenn Harless, 718 Owens Street, Rockville, MD 20850 | $48,046.50 | Suppliers or vendors |
| Lennon Properties LLC, | $42,390.00 | Other |

**7) Legal Actions**

StoryFile, Inc. v. Maven Arena, Inc. d/b/a Versus

23STCV30065

Breach of Contract

Superior Court of California

111 N Hill Street, 90012

Pending

-------

**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| Samuel Gustman | 16933 Avenida de Santa | 14.062 |

Debtor Name ____StoryFile, Inc._____    Case number *(if known)*____24-22398____

## <u>Continuation Sheet for Official Form 207</u>

|                   | Ynez, Pacific Palisades, CA 90272                          |        |
|-------------------|------------------------------------------------------------|--------|
| MS Storyfile LLC  | 31550 Northwestern Hwy Suite 220, Farmington, MI 48334     | 5.319  |

**29) Former partners**

Dan Gordon

**30) Payments, distributions, or withdrawals credited or given to insiders**

Name and Address:

Stephen Smith

820 N Calle Quetzal
Palm Springs, CA 92262

Amount of money or description: $83,000.00

Dates:  – ,  – ,  –

Reason: Salary

---

**Statement of Financial Affairs for Non-Individuals**