| | |
|---|---|
| GABRIEL DEL VIRGINIA<br>LAW OFFICES OF GABRIEL DEL VIRGINIA<br>30 WALL STREET 12TH FLOOR<br>NEW YORK, NY 10005<br>212-371-5478<br>Fax : 212-371-0460<br>Email: *gabriel.delvirginia@verizon.net*<br>*Counsel to Debtor StoryFile, Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>STORYFILE, INC.[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-22398-shl |

## NOTICE OF CLOSING OF SALE AND LIST OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      **PLEASE TAKE NOTICE** that on August 14, 2024, StoryFile, Inc. (the "Debtor") filed with the Court its *Motion for (a) Entry of an Order (i) Approving Bidding Procedures, (ii) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (iii) Approving Stalking Horse Protections, (iv) Scheduling Bid Deadline, Auction Date and Sale Hearing Date, and (v) Approving Form of Notice Thereof; (b) Entry of an Order After the Sale Hearing (i) Authorizing the Debtors to Sell Their Assets, and (ii) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (c) Granting Related Relief* [ECF # 32] (the "Sale Motion").

      **PLEASE TAKE FURTHER NOTICE** that accompanying the Sale Motion as an exhibit was a draft of the Asset Purchase Agreement (the "Purchase Agreement").

      **PLEASE TAKE FURTHER NOTICE** that the Court entered an order approving the sale procedures detailed in the Sale Motion and approving the form of the Purchase Agreement on September 20, 2024 [Doc. 40] the Court entered an order approving the bid procedures proposed in the Sale Motion as well as the form of the Purchase Agreement (the "Bid Procedures Order")

      **PLEASE TAKE FURTHER NOTICE** that on October 23, 2024, a revised version of the Purchase Agreement was filed with the Court in redline form showing revisions from the previously-filed version [ECF # 51].

---

[1] The last four digits of Debtor's federal tax identification number are 7979.

24436972.1

**PLEASE TAKE FURTHER NOTICE** that the Court held a hearing for the Sale Motion for October 23, 2024 (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that on October 23, 2024, the Court entered its Order (i) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and other Interests, (ii) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (iii) Granting Related Relied [Doc. 53] (the "Sale Order"), which, among other things, approved Key 7 Investment Company, Inc. ("Key 7") or its designee as the Successful Bidder (as defined in the Sale Order).

**PLEASE TAKE FURTHER NOTICE** that on November 4, 2024, the Debtor filed a further revised version of the Purchase Agreement along with accompanying schedules.

**PLEASE TAKE FURTHER NOTICE** that Key 7 assigned its interest in the Successful Bid (as defined in the Sale Order) to Authentic Interactions, Inc. ("AII").

**PLEASE TAKE FURTHER NOTICE** that the sale of the Purchased Assets to AII closed on November 4, 2024 in accordance with the terms and conditions of the APA.

**PLEASE TAKE FURTHER NOTICE** that attached hereto **Schedule 1** is the list of executory contracts and unexpired leases assumed by AII in accordance with the terms of the Bid Procedures Order and the Sale Order.

| Dated:  New York, New York    November 5, 2024 | **LAW OFFICES OF**<br>**GABRIEL DEL VIRGINIA**<br>By: */s/   Gabriel Del Virginia*<br>Gabriel Del Virginia, Esq.<br>30 Wall Street, 12th Floor<br>New York, New York 10005<br>PHONE: 212-371-0460<br>Email: gabriel.delvirginia@verizon.net<br><br>*Counsel to Debtor StoryFile, Inc.* |
|---|---|

2

24436972.1

# SCHEDULE 1

| No. | Debtor Name | Counterparty Name | Service / Description of Contract | Cure Amount | Modified Cure Amount Per Agreement With Counterparty |
|---|---|---|---|---|---|
| No. 2 | StoryFile, Inc. | Adobe Systems, Inc. | Creative Cloud | $0.00 | |
| No. 4 | StoryFile, Inc. | Air New Zealand Limited | Subscription | $0.00 | |
| No. 5 | StoryFile, Inc. | Albacore Group LLC | Reseller | $0.00 | |
| No. 6 | StoryFile, Inc. | Amazon Web Services, Inc. | Conversa hosting services | $0.00 | |
| No. 7 | StoryFile, Inc. | Andrew Lush | 1099 Contractor - Editor | $0.00 | |
| No. 9 | StoryFile, Inc. | Atlassian Pty LTD | software used by product team | $0.00 | |
| No. 10 | StoryFile, Inc. | Automattic Inc. | Website and Domain | $0.00 | |
| No. 12 | StoryFile, Inc. | Beehive Communications, LLC | 1099 Contractor - Sales | $75,687.81 | $7,568.81 at close; $6,811.90 per month for 10 months beginning in May 2025 |
| No. 13 | StoryFile, Inc. | Bill.com LLC | Backoffice | $0.00 | |
| No. 14 | StoryFile, Inc. | Biltmore Estate Wine Company, LLC | Reseller Customer | $0.00 | |
| No. 15 | StoryFile, Inc. | Blue Bear Inc. | 1099 Contractor - Conversational AI Specialist | $0.00 | |
| No. 17 | StoryFile, Inc. | Brownhelm Capital | Tech/Usage | $0.00 | |
| No. 19 | StoryFile, Inc. | California Museum | Tech/Usage | $0.00 | |
| No. 20 | StoryFile, Inc. | Chatterbox Group LLC | Reseller | $0.00 | |
| No. 22 | StoryFile, Inc. | City of Los Angeles | Annual business Tax | $0.00 | |
| No. 25 | StoryFile, Inc. | Dan Carlton | 1099 Contractor / UX / UI | $0.00 | |
| No. 26 | StoryFile, Inc. | Deborah Ratner Salzberg | Tech/Usage | $0.00 | |

24398789.7

| No. | Creditor | Vendor | Description | Amount |
|---|---|---|---|---|
| No. 27 | StoryFile, Inc. | Deepgram Inc. | Speech to Text API | $0.00 |
| No. 28 | StoryFile, Inc. | Dimensional Innovations Inc. | Tech/Usage | $0.00 |
| No. 29 | StoryFile, Inc. | Dolores Huerta Foundation | Subscription | $0.00 |
| No. 31 | StoryFile, Inc. | Elizabeth Walder | Subscription + Services | $0.00 |
| No. 32 | StoryFile, Inc. | Elm Legacies, LLC | Reseller | $0.00 |
| No. 35 | StoryFile, Inc. | Extra Space Storage, Inc. | Storage for office & studio equipment | $0.00 |
| No. 36 | StoryFile, Inc. | FARHOFF a non-profit initiative of the Boch Center | Subscription | $0.00 |
| No. 38 | StoryFile, Inc. | Functional Software, Inc. d/b/a Sentry | software used by product team | $0.00 |
| No. 39 | StoryFile, Inc. | General Dynamics Information Technology, Inc. | Content License | $0.00 |
| No. 40 | StoryFile, Inc. | gethope llc | Subscription | $0.00 |
| No. 41 | StoryFile, Inc. | GitHub, Inc. | Developer Tools | $0.00 |
| No. 42 | StoryFile, Inc. | GoDaddy Operating Company, LLC | Website and Domain | $0.00 |
| No. 43 | StoryFile, Inc. | Google LLC (Google Cloud) | Cloud Storage | $0.00 |
| No. 44 | StoryFile, Inc. | Google LLC (Google Workspace) | Productivity | $0.00 |
| No. 46 | StoryFile, Inc. | Historic Route 66 Association of Arizona | Tech/Usage | $0.00 |
| No. 47 | StoryFile, Inc. | HTAA, LLC | Subscription | $0.00 |
| No. 48 | StoryFile, Inc. | Inflatable Film LLC | Tech/Usage | $0.00 |
| No. 49 | StoryFile, Inc. | Inheritance AI | Tech/Usage | $0.00 |
| No. 50 | StoryFile, Inc. | Innocenzo de Cotiis | Tech/Usage | $0.00 |
| No. 51 | StoryFile, Inc. | Intuit Inc. | QBO | $0.00 |
| No. 52 | StoryFile, Inc. | Iridesco LLC, dba Harvest | Time Tracking Software | $0.00 |
| No. 54 | StoryFile, Inc. | Japanese American Stories | Tech/Usage | $650,780.00 |
| No. 55 | StoryFile, Inc. | JBoxers LLC | R&D Outsource | $32,540.00 |

24398789 7

| No. | Debtor | Counterparty | Description | Amount |
|---|---|---|---|---|
| No. 56 | StoryFile, Inc. | Jewish Federation of Greater MetroWest NJ | Subscription | $0.00 |
| No. 57 | StoryFile, Inc. | Jewish Federation of Greater Santa Barbara | Subscription | $0.00 |
| No. 59 | StoryFile, Inc. | Joseph Safra | Tech/Usage | $0.00 |
| No. 60 | StoryFile, Inc. | Judith Ginsburg | Tech/Usage | $0.00 |
| No. 61 | StoryFile, Inc. | Legasee AI | Reseller | $0.00 |
| No. 63 | StoryFile, Inc. | Klaviyo, Inc. | Email/SMS Marketing | $0.00 |
| No. 65 | StoryFile, Inc. | Maltz Museum of Jewish Heritage | Subscription | $0.00 |
| No. 68 | StoryFile, Inc. | Microsoft Corporation | Azure | $0.00 |
| No. 69 | StoryFile, Inc. | Monday.com | Productivity | $0.00 |
| No. 70 | StoryFile, Inc. | Mosaic Templars Cultural Center | Content License | $0.00 |
| No. 71 | StoryFile, Inc. | Narrator Entertainment, Inc. | Reseller | $0.00 |
| No. 72 | StoryFile, Inc. | National Board of Medical Examiners | Subscription | $0.00 |
| No. 73 | StoryFile, Inc. | National Marrow Donor Program | Subscription | $0.00 |
| No. 74 | StoryFile, Inc. | Naval Aviation Museum Foundation, Inc. | Subscription + Services | $0.00 |
| No. 76 | StoryFile, Inc. | OpenAI, L.L.C. | Conversa | $0.00 |
| No. 77 | StoryFile, Inc. | Paint for a Cure | Tech/Usage | $0.00 |
| No. 80 | StoryFile, Inc. | Phoebe Lewis | Tech/Usage | $0.00 |
| No. 81 | StoryFile, Inc. | Pinecone Systems, Inc. | Conversa | $0.00 |
| No. 83 | StoryFile, Inc. | Propeller Consulting LLC | Reseller | $0.00 |
| No. 84 | StoryFile, Inc. | Proview Networks | Reseller | $0.00 |

24398789.7

| No. 85 | StoryFile, Inc. | RealtimeBoard Inc. dba Miro | Developer Tools | $0.00 | |
|---|---|---|---|---|---|
| No. 86 | StoryFile, Inc. | RELX Inc. dba LexisNexis | Legal tools | $0.00 | |
| No. 87 | StoryFile, Inc. | Rev.Com, Inc. | Conversa | $0.00 | |
| No. 89 | StoryFile, Inc. | Safelite Group, Inc. | Subscription | $0.00 | |
| No. 90 | StoryFile, Inc. | Scrut Automation Inc. | Security; GDPR | $0.00 | |
| No. 91 | StoryFile, Inc. | SK Life Sciences, Inc. | Reseller Customer | $0.00 | |
| No. 92 | StoryFile, Inc. | Slack Technologies LLC | Developer Tools | $0.00 | |
| No. 93 | StoryFile, Inc. | Sortly Inc. | Inventory Management SW | $0.00 | |
| No. 94 | StoryFile, Inc. | Southeastern Guide Dogs, Inc. | Subscription + Services | $0.00 | |
| No. 96 | StoryFile, Inc. | Stripe, Inc. | Payment Processing Software | $0.00 | |
| No. 97 | StoryFile, Inc. | The Blue Card | Subscription | $0.00 | |
| No. 98 | StoryFile, Inc. | The Blues Foundation, Inc. | Reseller Customer | $0.00 | |
| No. 100 | StoryFile, Inc. | The National Marine Mammal Foundation, Inc. | Tech/Usage | $0.00 | |
| No. 101 | StoryFile, Inc. | The National Medal of Honor Museum Foundation | Subscription + Services | $0.00 | |
| No. 102 | StoryFile, Inc. | The Pain Toolkit | Subscription + Services | $0.00 | |
| No. 103 | StoryFile, Inc. | The Permanente Federation | Subscription | $0.00 | |
| No. 104 | StoryFile, Inc. | The Westport Library | Subscription + Services | $0.00 | |
| No. 105 | StoryFile, Inc. | Thomas Moon | 1099 Contractor - Sales | $0.00 | |
| No. 106 | StoryFile, Inc. | Thought Gang Media | 1099 Contractor - PR and Media Relations | $30,000.00 | $3,000.00 |
| No. 107 | StoryFile, Inc. | TIME for Kids, a division of TIME USA, LLC | Subscription + Content License; | $0.00 | |
| No. 108 | StoryFile, Inc. | TIME for Kids, a division of TIME USA, LLC | Addendum-02; Content License | $0.00 | |
| No. 109 | StoryFile, Inc. | Twilio Inc. | Email/SMS Marketing | $0.00 | |
| No. 110 | StoryFile, Inc. | Usage.ai | AWS/Azure Optimization | $0.00 | |
| No. 111 | StoryFile, Inc. | Usercentrics | Security; GDPR | $0.00 | |
| No. 113 | StoryFile, Inc. | Victor Ashonibare | 1099 Contractor / UX / UI | $0.00 | |

24398789.7

| No. | Counterparty | Type | Amount |
|---|---|---|---|
| No. 114 | StoryFile, Inc. | Subscription + Services | $0.00 |
| No. 116 | StoryFile, Inc. | Tech/Usage | $0.00 |
| No. 117 | StoryFile, Inc. | Support | $0.00 |
| No. 119 | StoryFile, Inc. | Subscription | $0.00 |

Walmart Inc.
Willy Family LLC
Zendesk Group
National World War II Museum, Inc.

24398789.7