UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>STORYFILE, INC. | CASE NO: 24-22398-shl<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 11/12/2024, I did cause a copy of the following documents, described below,

DEBTOR'S MOTION FOR AN ORDER: (I) AUTHORIZING AND APPROVING DEBTOR TO ASSUME AND ASSIGN EXECUTORY CONTRACT; (II) APPROVING RESOLUTION OF RESULTING CURE COSTS AND RELEASE OF CLAIMS AMONG RELATED PARTIES; AND (III) GRANTING RELATED RELIEF(WITH NOTICE O

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/12/2024

/s/ Gabriel Del Virginia, Esq.
Gabriel Del Virginia, Esq.

Law Offices of Gabriel Del Virginia
30 Wall Street-12th Floor,
New York City, NY  10005
631 848 0283
gabriel.delvirginia@verizon.net

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>STORYFILE, INC. | CASE NO: 24-22398-shl<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 11/12/2024, a copy of the following documents, described below,

DEBTOR'S MOTION FOR AN ORDER: (I) AUTHORIZING AND APPROVING DEBTOR TO ASSUME AND ASSIGN EXECUTORY CONTRACT; (II) APPROVING RESOLUTION OF RESULTING CURE COSTS AND RELEASE OF CLAIMS AMONG RELATED PARTIES; AND (III) GRANTING RELATED RELIEF(WITH NOTICE O

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/12/2024

_/s/ Miles Wood_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gabriel Del Virginia, Esq.
Law Offices of Gabriel Del Virginia
30 Wall Street-12th Floor,
New York City, NY  10005

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ARI PALITZ<br>2260 E 38TH ST<br>TULSA, OK 74105 | B. SWARTZ<br>3248 REVERE AVENUE<br>OAKLAND, CA 94605 | BEEHIVE COMMUNICATIONS (DEAN THOMPSON)<br>65 FORT HILL CIRCLE<br>STATEN ISLAND, NY 10301 |
| BLYTHE GLOBAL ADVISORS, LLC<br>19800 MCARTHUR BLVD<br>300<br>IRVINE, CA 92612 | INTERNATIONAL<br>DAN FRANKE<br>BURGFELDER STR. 11<br>STUTTGART 70567, GERMANY | DANIEL T. LENNON & DANIEL T. LENNON TRUST<br>19480 GREENBRIAR DRIVE<br>TARZANA, CA 91356 |
| DEEPGRAM INC.<br>548 MARKET ST<br>SUITE 25104<br>SAN FRANCISCO, CA 94104-5401 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL<br>JBOXERS LLC<br>28 POPOVA SHAPKA STR.<br>SOFIA, BULGARIA |
| JEREMY L. RETHERFORD, ESQ.<br>BALCH & BINGHAM LLP<br>1901 SIXTH AVENUE NORTH-1500<br>BIRMINGHAM, AL 35203-4642 | JUSTIN DENTON<br>329 SOUTH CRESCENT AVENUE<br>PARK RIDGE, IL 60068 | KEY 7 INVESTMENT COMPANY<br>2183 PARKWAY LAKE DRIVE<br>HOOVER, AL 35244 |
| MAGNOPUS LLC<br>523 W SIXTH STREET<br>SUITE 330<br>LOS ANGELES, CA 90014 | OFFICE OF THE UNITED STATES TRUSTEE<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN, ROOM 534<br>NEW YORK, NY 10004-1408 | P. HOWARD EDELSTEIN<br>250 EAST 54TH ST<br>SUITE 36B<br>NEW YORK, NY 10022 |
| PERKINS COIE LLP<br>P.O. BOX 24643<br>SEATTLE, WA 98124 | PROSPERA LAW LLP<br>1901 AVENUE OF THE STARS<br>SUITE 480<br>LOS ANGELES, CA 90067 | RED SLED SANTA LLC<br>18639 PARTHENIA STREET<br>LOS ANGELES, CA 91324 |
| SPEECH MORPHING INC.<br>4439 ESTA LANE<br>SUITE 2016<br>SOQUEL, CA 95073 | STEVENS & LEE<br>ATTN: CONSTANTINE D. POURAKIS<br>485 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 | THOMSON HINE LLP<br>3900 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 |
| THOUGHT GANG MEDIA<br>8405 MELVIN AVENUE<br>NORTHRIDGE, CA 91324 | U.S. SMALL BUSINESS ADMINISTRATION<br>26 FEDERAL PLAZA, ROOM 3100<br>DISTRICT COUNSEL, NY DISTRICT OFFICE<br>NEW YORK, NY 10278 | VALIS ENTERTAINMENT, LLC<br>2137 N. BEVERLY GLEN BLVD<br>LOS ANGELES, CA 90077 |